AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RHG & Company, Inc. d/b/a Vital Nutrients<br>*Plaintiff*<br>v.<br>Tops Medical Corp., Alla Leibzon and John Does 1-100<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Case No. |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RHG & Company, Inc. d/b/a Vital Nutrients

Date: August 10, 2017

_____
*Attorney's signature*

John  H. Mutchler ct26856
*Printed name and bar number*

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103
*Address*

jmutchler@murthalaw.com
*E-mail address*

(860) 240-6021
*Telephone number*

(860) 240-5891
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com